UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arnold Cano-Favela,   Civil No. 05-1594 (PAM/JGL)

Petitioner,

v.   **MEMORANDUM AND ORDER**

United States of America,

Respondent.

---

This matter is before the Court on the Report and Recommendation of Chief Magistrate Judge Lebedoff dated August 2, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 29, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge